IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GEORGE H. EDWARDS, JR.,

    Petitioner,

-vs-

JAMES N. CROSS, *Warden*,
And U.S. PAROLE COMMISSION
    Respondents.

No. 13-cv-934-DRH
Consolidated with
No. 13-cv-944-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the Petition for Writ of Mandamus (Case 13-934) and the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Case 13-944).

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 21, 2014, the Petition for Writ of Mandamus (Case 13-934) and the Writ of Habeas Corpus (Case 13-944) are **DISMISSED** with prejudice.

DATED: May 21, 2014

                      JUSTINE FLANAGAN,
                      ACTING CLERK OF COURT

                      BY:  *s/Caitlin Fischer*
                              Deputy Clerk

Digitally signed by David R. Herndon
Date: 2014.05.21 16:17:50 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT